IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIE FRANK CORNER,                     )
                                         )
                Plaintiff,               )
                                         )
vs.                                      )     CIVIL ACTION NO. 2:04cv565-A
                                         )
WALGREEN'S DRUG STORE OF                 )
ALABAMA, INC.,                           )
                                         )
                Defendant.               )

## ORDER

Upon an independent evaluation and *de novo* review of this matter, including the

Recommendation of the Magistrate Judge entered on March 31, 2005, and the objections filed by

the Plaintiff on May 5, 2005, together with the entire file, the court finds the objections to be

without merit, and they are hereby overruled.  The court adopts the Recommendation of the

Magistrate Judge, and it is hereby ORDERED as follows:

1.  Defendant's Motion to Strike is DENIED as moot.

2.  Defendant's Motion for Summary Judgment is GRANTED, and this action is

DISMISSED.

3.  Final Judgment will be entered accordingly.

DONE this 24th day of May, 2005.

                                   /s/ W. Harold Albritton
                                   W. HAROLD ALBRITTON
                                   SENIOR UNITED STATES DISTRICT JUDGE